## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 13-0472-CG-C** |
| | ) | |
| **CARNIVAL CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Mediation was ordered in the above referenced case on August 10, 2015 (Doc. 275), and the parties advised the court in the Designation of Mediator (Doc. 190) that substantive mediation was to occur on October 11 and 12, 2015.

**On or before November 17, 2015**, the parties are **ORDERED** to file a written report on the results of the mediation conference.

**DONE and ORDERED** this 10th day of November, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE