IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARNIVAL CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CA 13-0314-CG-C |
| | * | |
| BAE SYSTEMS SSY ALABAMA | * | |
| PROPERTY HOLDINGS, LLC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| SIGNAL SHIP REPAIR, LLC, | * | |
| | * | |
| Counter- and Cross-Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| CARNIVAL CORPORATION, BAE | * | |
| SYSTEMS SSY ALABAMA PROPERTY | * | |
| HOLDINGS, LLC, BAE SYSTEMS | * | |
| SOUTHEAST SHIPYARDS ALABAMA | * | |
| LLC, *in personam*, and M/V CARNIVAL | * | |
| TRIUMPH, her engines, tackle, gear, | * | |
| appurtenances, and all accessories thereto, | * | |
| *in rem*, | * | |
| | * | |
| Counter- or Cross-Defendants. | * | |
| | * | |
| AND | * | |
| | * | |
| BERNADETTE W. JOHNSON, etc., | * | |
| et al., | * | |
| | * | CA 13-0330-CG-C |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| CARNIVAL CORPORATION, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

UNITED STATES OF AMERICA,                        *
                                                 *
      Plaintiff,                              *
                                                 *
                                                 *        CA 13-0472-CG-C
vs.                                              *
                                                 *
CARNIVAL CORPORATION; BAE                        *
SYSTEMS SSY ALABAMA PROPERTY                     *
HOLDINGS, LLC; BAE SYSTEMS                        *
SOUTHEAST SHIPYARDS ALABAMA                      *
LLC, *in personam;* and M/V CARNIVAL             *
TRIUMPH, her engines, tackle, gear,              *
appurtenances, and all accessories thereto,      *
*in rem,*                                         *
                                                 *
      Defendants.                             *
                                                 *

## MEDIATOR'S INTERIM REPORT TO COURT

Please be advised that the above styled case was mediated on October 11-12, 2015, and subsequent days thereafter without resolution.  The mediation has adjourned unsuccessfully. However, the mediator has had discussions with the parties since the mediation was adjourned, and will continue to be available to work with the parties as may be warranted and requested.

Respectfully submitted,

Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I filed the foregoing pleading with the Clerk

of Court using the CM/ECF system which will notice to all counsel of record.


Mary Campbell Broughton
FOWLER RODRIGUEZ
Post Office Box 40008
Mobile, Alabama 36640
Attorney for Carnival Corporation

Antonio J. Rodriguez
George J. Fowler, III
A. T. Chenault
Michael A. Harowski
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Attorneys for Carnival Corporation

David A. Bagwell
Post Office Box 2126
Fairhope, Alabama 36533
Attorney for Bernadette Johnson and Jason Ewing

George W. Finkbohner, III
Toby D. Brown
David G. Wirtes
CUNNINGHAM BOUNDS
Post Office Box 66705
Mobile, Alabama 36660
Attorneys for Defendants Bernadette Johnson and Jason Ewing

A. Danner Frazer, Jr.
Michael Upchurch
Mary Margaret Bailey
Jay N. Robinson
FRAZER GREENE UPCHURCH & BAKER, LLC
P. O. Box 1686
Mobile, Alabama 36633
Attorneys for Defendant BAE Systems SSY Alabama Property Holdings, LLC

Brian P. McCarthy
McDowell Knight Roedder & Sledge LLC
11 North Water Street, Suite 13290
Mobile  AL  36602
Attorneys for Defendant BAE Systems SSY Alabama Property Holdings, LLC

Norman M. Stockman
Paul T. Beckmann
HAND ARENDALL LLC
Post Office Box 123
Mobile, AL 36601
Attorneys for Signal Ship Repair, LLC

Michael A. Dilauro
Benjamin R. Sweeney
Trial Attorneys
Aviation & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 14271
Washington, DC 20044-4271
Attorneys for the United States Army Corp of Engineers


_____
RODNEY A. MAX