IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0472-CG-C |
| | ) |
| **CARNIVAL CORPORATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the parties' Joint Motion to Dismiss All Claims (Doc. 206).

Upon due consideration, said motion is **GRANTED**, and it is hereby **ORDERED** that all claims in this action are **DISMISSED with prejudice.** Each party shall bear its own costs.

**DONE and ORDERED** this 17th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE